UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  
PAUL FOREST POMEROY,  
Debtor,

WASHINGTON MUTUAL BANK, FA,  
Movant,

PAUL FOREST POMEROY, and  
Jennifer M. McCallum,  
the Chapter 7 Trustee,  
Respondents.

Bankruptcy No. 04-30445-ABC  
Chapter 7

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by WASHINGTON MUTUAL BANK, FA, for Relief from Stay, no response having been received thereto ~~by the date set in the Notice for filing of such response~~, it is hereby

**ORDERED** that WASHINGTON MUTUAL BANK, FA, its predecessors, successors and assigns, its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (a) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 33, TOWNSHIP 12 NORTH, RANGE 70 WEST OF THE 6TH P.M., COUNTY OF LARIMER, STATE OF COLORADO.

More Commonly Known as: 8528 Lawson Boulevard, Livermore, CO 80536

AND such automatic stay is hereby terminated as to the above-described property, *so that* ~~and~~ WASHINGTON MUTUAL BANK, FA may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

IT IS FURTHER ORDERED that the 10 day stay pursuant to F.R.B.P. 4001(a)(3) is ~~lifted~~ *inapplicable* and WASHINGTON MUTUAL BANK, FA may immediately implement and enforce this order granting relief from the automatic stay.

Dated 10-28-04

BY THE COURT:

_____  
United States Bankruptcy Judge

File No. 04-13351F